Marvin H. Kleinberg (State Bar No. 24,953)
Email: mkleinberg@kleinberglerner.com
Michael Hurey (State Bar No. 139,550)
Email: mhurey@kleinberglerner.com
**KLEINBERG & LERNER, LLP**
1875 Century Park East, Suite 1150
Los Angeles, California 90067-3112
Phone: (310) 557-1511 • Fax: (310) 557-1540
Henry N. Jannol, Esq. (State Bar No. 66,309)
Email: hnj@smbgroup.com
**HENRY N. JANNOL, A PROFESSIONAL CORPORATION**
10850 Wilshire Blvd. Suite 825
Los Angeles, CA 90024
Phone: (310) 552-7500 • Fax: (310) 552-7552
Attorneys for Plaintiff  CWH COMPANY, LLC

**JS-6**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CWH COMPANY, LLC, a California Limited Liability Company,<br>    Plaintiff,<br>v.<br>3522 DEL PRADO BLVD LLC, a Florida Limited Liability Company, DAVID S. RAMAGE, an individual and MICHELLE RAMAGE, an individual,<br>    Defendants. | Case No.:<br>SACV 10-01759 JST (CWx)<br><br>**ORDER ON REQUEST FOR DISMISSAL WITHOUT PREJUDICE** |

   Plaintiff CWH Company, LLC ("CWH") hereby requests, pursuant to Rule 41 of the Federal Rules of Civil Procedure, and the Court hereby orders, as follows:

   1.   CWH's Complaint in the instant action is dismissed without prejudice.

   2.   Each party shall bear its own costs and attorneys fees with respect to the

instant action and the entry of this order.

KLEINBERG & LERNER, LLP

January ___, 2011            _____
                             Marvin H. Kleinberg
                             Michael Hurey
                             1875 Century Park East, Suite 1150
                             Los Angeles, CA 90067
                             HENRY N. JANNOL,
                             A PROFESSIONAL CORPORATION
                             Attorneys for Plaintiff

## ORDER

SO ORDERED, Civil action number SACV 10-01759 JST (CWx), entitled CWH Company, LLC v. 3522 DEL PRADO BLVD LLC et al. is dismissed without prejudice.

Dated: February 7, 2011            **JOSEPHINE STATON TUCKER**
                                   United States District Judge